■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALONZO SIMS, Also Known as ALONSO SIMS, Appellant. [724 NYS2d 860] —Judgment, Supreme Court, New York County (Ronald Zweibel, J.), rendered April 17, 2000, convicting defendant, upon his plea of guilty, of criminal possession of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to a term of 2 to 4 years, unanimously affirmed.

After extensive inquiry, the court properly denied defendant's motion to withdraw his guilty plea. The record establishes that the plea had been entered knowingly, intelligently and voluntarily (*see, People v Fiumefreddo*, 82 NY2d 536), and that the withdrawal motion was baseless. Concur—Tom, J. P., Ellerin, Wallach and Buckley, JJ.